# United States District Court
# For the District of Columbia

Campaign Legal Center )
)
)
)
              Plaintiff )
vs )    Civil Action No. 1:21-cv-406
Federal Election Commission )
)
)
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Campaign Legal Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Campaign Legal Center__ which have any outstanding securities in the hands of the public:

   n/a

These representations are made in order that judges of this court may determine the need for recusal.

                          Attorney of Record
                          /s/ Mark P. Gaber
                          Signature

DC Bar 988077                   Mark P. Gaber
BAR IDENTIFICATION NO.      Print Name

                          1101 14th St. NW, Ste. 400
                          Address

                          Washington, DC 20005
                          City        State        Zip Code

                          202-736-2202
                          Phone Number