# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CAMPAIGN LEGAL CENTER )<br>*Plaintiff* )<br>v. )<br>FEDERAL ELECTION COMMISSION )<br>*Defendant* ) | Case No. 1:21-cv-406 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff CAMPAIGN LEGAL CENTER .

Date: 02/16/2021

/s/ Adav Noti
*Attorney's signature*

Adav Noti, DC Bar No. 490714
*Printed name and bar number*

Campaign Legal Center
1101 14th St. NW
Suite 400
Washington, DC 20005
*Address*

anoti@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*