AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-406

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Attorney General of the United States** was received by me on *(date)* **2/17/21**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On February 18, 2021, I sent via USPS Certified Mail copies of the complaint and summons to the U.S. Attorney General in accordance with Fed. R. Civ. P. 4(i).

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/15/2021**

/s/ Grayson Rost
*Server's signature*

Grayson Rost
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

Attached as Exhibit 1 are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint and summons to the Attorney General of the United States.


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-406

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia
was received by me on *(date)* 2/17/21 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On February 18, 2021, I sent via USPS Certified Mail copies of the complaint and summons to the U.S. Attorney for the District of Columbia in accordance with Fed. R. Civ. P. 4(i).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/15/2021

/s/ Grayson Rost
*Server's signature*

Grayson Rost, Paralegal
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

Attached as Exhibit 2 are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint and summons to the U.S. Attorney for the District of Columbia.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-406

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Election Commission
was received by me on *(date)* 2/17/21 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On February 18 and March 4, 2021, I sent via USPS Certified Mail copies of the complaint and summons to the Federal Election Commission in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/15/21

/s/ Grayson Rost
*Server's signature*

Grayson Rost, Paralegal
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

The complaint and summons were twice sent via Certified Mail to the FEC, but both times the USPS indicated that it could not access the delivery location. Attached as Exhibit 3 are the Certified Mail receipts for two attempted mail deliveries on February 18, 2021 and March 4, 2021.

On March 10, 2021, Plaintiffs' counsel delivered copies of the documents to the FEC electronically. The FEC acknowledged receipt on March 11, 2021.