# **EXHIBIT 1**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530   OFFICIAL USE

| Certified Mail Fee | $3.60 | | 0238 |
| --- | --- | --- | --- |
| $ | | $0.00 | 50 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00          Postmark
☐ Certified Mail Restricted Delivery  $ $0.00          Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $8.55

Total Postage and Fees   $12.15

02/18/2021

Sent To  U.S. A.G.
Street and Apt. No., or PO Box No.   U.S. DOJ, 950 Penn. Ave. NW
City, State, ZIP+4®   Washington, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 2450 0000 0850 3594

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70202450000008503594

Your item was delivered at 4:49 am on February 22, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

February 22, 2021 at 4:49 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.