# EXHIBIT 2



## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70202450000008503495

Your item was delivered at 4:49 am on February 22, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

February 22, 2021 at 4:49 am
Delivered
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.