# EXHIBIT 3



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20463    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.60 | 0238 96 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)      $ $0.00 | |
| ☐ Return Receipt (electronic)    $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required       $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $8.55 | |
| Total Postage and Fees $12.15 | 03/04/2021 |

Sent To: FEC
Street and Apt. No., or PO Box No.: 1050 First St., NE
City, State, ZIP+4®: Washington, D.C. 20463

7020 2450 0000 0850 1958

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions